United States District Court
for the
Southern District of Florida

| | |
|---|---|
| A&E Adventures LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-24730-Civ-Scola |
| | ) |
| GCTC Holdings LLC, Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion for attorneys' fees (ECF No. 22). On April 16, 2020, Judge Torres issued a report, recommending that the Court deny the motion on the basis that the Court lacks subject matter jurisdiction. (R. & R., ECF No. 25.) No objections have been filed and the time to object has passed. As a result, the Court reviews Judge Torres's report for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds the report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation. (**ECF No. 25**.) Accordingly, the Court **denies** the motion (**ECF No. 22**).

**Done and ordered** at Miami, Florida, on May 5, 2020.

_____
Robert N. Scola, Jr.
United States District Judge